AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Gursimran SINGH,<br>Rajbir SINGH,<br>Ravinder SINGH, and<br>Sourabh SOURABH<br><br>**Defendant(s).** | ) | Case No. 8:26-PO-82 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of September 19, 2026 in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

Amanda L Harvey 9/22/26
*Complainant's signature*

Amanda L. Harvey, Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 22, 2026

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.09.22 10:02:16 -04'00'
*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Amanda L. Harvey, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Burke Station. I have been a BPA for 15 years and have been assigned to the Swanton Sector since March 2024. I successfully completed training at the United States Border Patrol Academy in 2011, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging Gursimran SINGH, Rajbir SINGH, Ravinder SINGH, and Sourabh SOURABH with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On September 19, 2026, at approximately 1400 hours, U.S. Border Patrol Agents assigned to the Burke Border Patrol Station were advised by Dispatch (KAK 640) that the Royal Canadian Mounted Police (RCMP) had stopped a vehicle in Canada believed to have been involved in dropping off four individuals near Frontier Road and Pete Laclair Road, in close proximity to the United States–Canada international border. RCMP further advised that the driver of that vehicle had been apprehended.

4. Burke Station agents responded to the area and established surveillance near Frontier Road in Churubusco, New York. While traveling southbound on State Route 189 (SR 189), agents observed a vehicle traveling northbound on SR 189 toward the international border. Agents observed one individual, the driver, inside the vehicle and did not observe any passengers.

5. Approximately five minutes later, agents observed the same vehicle turning from Frontier Road onto SR 189 and traveling southbound, away from the international border. This location was in the immediate vicinity of the area associated with the RCMP report where the individuals had been dropped off on the international border. Agents now observed approximately three additional individuals inside the vehicle, despite having observed only the driver approximately five minutes earlier.

6. Based on the information provided by RCMP regarding four individuals reportedly dropped off near the international border, the vehicle's close proximity to the reported location, agents' observation of the vehicle traveling toward the border with only the driver visible, the vehicle's return approximately five minutes later with multiple additional occupants, and the short amount of time between these observations, agents initiated a vehicle stop on SR 189 near Churubusco, New York, to conduct an immigration inspection.

7. Agents approached the vehicle, identified themselves as U.S. Border Patrol Agents, and asked the driver where he was coming from. The driver stated that he was returning to Plattsburgh, New York, that he was an Uber driver, and that he had just picked up his passengers from a residence on Frontier Road. At the agents' request, the driver lowered the vehicle's windows.

8. Agents then conducted an immigration inspection of the four passengers. The passenger seated in the right rear seat presented a California driver's license but was unable to

provide any additional documentation regarding his immigration status. Two other passengers seated in the rear of the vehicle were unable to communicate in English and were unable to provide documentation establishing their lawful presence in the United States. The front-seat passenger spoke minimal English and, when questioned regarding his citizenship, was unable to provide information or documentation establishing his lawful presence in the United States.

9. Based on the circumstances described above, the four passengers were detained, placed in marked U.S. Border Patrol vehicles, and transported to the Burke Border Patrol Station for further investigation and processing.

10. At the Burke Border Patrol Station, further immigration checks determined that all four passengers were citizens and nationals of India and did not possess documentation establishing lawful presence in the United States.

**Conclusion**

11. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

9/22/26

Amanda L. Harvey

Agent Amanda L. Harvey
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 22, 2026

Mitchell J Katz

Digitally signed by Mitchell J Katz
Date: 2026.09.22 10:01:45 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge